UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>LEATHERCARE, INC., et al.,<br><br>    Defendants,<br><br> v.<br><br>TOUCHSTONE SLU LLC, et al.,<br><br>    Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1) Pursuant to the parties' stipulation, docket no. 42, the deadline for disclosing expert testimony is EXTENDED to April 19, 2017, and the deadline for completing discovery is EXTENDED to July 17, 2017. All other dates and deadlines, and all other terms and conditions, set forth in the Minute Order entered April 19, 2016, docket no. 15, shall remain in full force and effect.

   (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 20th day of April, 2017.

                 William M. McCool
                 Clerk

                 s/Karen Dews
                 Deputy Clerk

MINUTE ORDER - 1