UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LEATHERCARE, INC., et al.,<br><br>    Defendants,<br><br>v.<br><br>TOUCHSTONE SLU LLC, et al.,<br><br>    Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 44, the deadline calculated pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii) for disclosing rebuttal expert testimony is EXTENDED to June 2, 2017. All other dates and deadlines, and all other terms and conditions, set forth in the Minute Order entered April 19, 2016, docket no. 15, as amended by the Minute Order entered April 20, 2017, docket no. 43, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of May, 2017.

                                                    William M. McCool
                                                  Clerk

                                                    s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1