The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEATHERCARE, INC.; STEVEN RITT, an individual, and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT<br><br>Defendants and Third Party Plaintiffs<br><br>v.<br><br>TOUCHSTONE SLU LLC, a Washington limited liability company; TB TS/RELP LLC, a Washington limited liability company; AMERICAN LINEN SUPPLY CO., a Washington corporation; Does 1-20<br><br>Third Party Defendants. | NO. 2:15-cv-01901-TSZ<br><br>**STIPULATION AND ORDER ON LIABILITY UNDER CERCLA AND MTCA BETWEEN LEATHERCARE, INC. AND TB TS/RELP LLC** |

## **STIPULATION AND ORDER**

LeatherCare, Inc. ("LeatherCare") and TB TS/RELP LLC, by and through their undersigned attorneys, hereby stipulate to and request the Court to enter the following Order

STIPULATION AND ORDER ON LIABILITY UNDER CERCLA AND MTCA BETWEEN LEATHERCARE INC. AND TB TS/RELP LLC- 1
Case No. 2:15-cv-01901-TSZ

51608939.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

regarding liability in this action under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and the Model Toxics Control Act ("MTCA").

Based on the mutual stipulation of LeatherCare, Touchstone SLU LLC and TB TS/RELP LLC, the Court hereby ORDERS that:

1. LeatherCare and TB TS/RELP LLC enter into this stipulation for the limited purpose of establishing certain elements of claims under CERCLA and MTCA that would otherwise have to be proved in this case.

2. Regarding the real property referred to as the Troy Block at interest in this matter, there has been a "release" or threatened release of "hazardous substances" from a "facility" as those terms are defined under CERCLA, 42 U.S.C. §9601(9), (14), (22) and MTCA, RCW 70.105D.020(8), (13), (32).

3. LeatherCare is a "former operator" as defined under CERCLA, 42 U.S.C. §9607(a)(2), and MTCA, RCW 70.105D.040(1)(b).

4. Touchstone SLU LLC is a prior owner and operator of the facility. Touchstone SLU LLC entered into Agreed Order No. DE 8996 with the Washington State Department of Ecology on May 12, 2012 ("Agreed Order"). Pursuant to the Agreed Order, Touchstone SLU LLC is a Potentially Liable Person under the Model Toxics Control Act, Chapter 70.105D RCW, in connection with the Troy Laundry Site. Touchstone entered into a First Amendment to the Agreed Order on or about August 28, 2013.

5. On March 28, 2013 Touchstone SLU LLC conveyed the Troy Block property to TB TS/RELP LLC via Special Warranty Deed.

6. Touchstone SLU LLC is a member of TB TS/RELP LLC.

7. TB TS/RELP LLC is the current "owner or operator" as defined under CERCLA, 42 U.S.C. §9607(a)(1), and MTCA, RCW 70.105D.040(1)(a).

8. Touchstone SLU LLC and TB TS/RELP LLC have incurred "necessary costs of response" under CERCLA, 42 U.S.C. §9607(a)(4)(B), and "remedial action costs" under MTCA,

STIPULATION AND ORDER ON LIABILITY UNDER CERCLA
AND MTCA BETWEEN LEATHERCARE INC. AND TB TS/RELP
LLC- 2
Case No. 2:15-cv-01901-TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

51608939.1

RCW 70.105D.080.  Any response costs or remedial action costs incurred by Touchstone SLU LLC are now considered response costs or remedial action costs incurred by TB TS/RELP LLC.

9. The elements of liability under both CERCLA and MTCA as described in paragraphs 2 through 8, *infra*, are hereby established for purposes of LeatherCare's claims against TB TS/RELP LLC, and for purposes of TB TS/RELP LLC's claims against LeatherCare.

10. LeatherCare and TB TS/RELP LLC acknowledge that the amount (if any) that each party is liable for any "response costs" or "remedial action costs," and/or whether a claimed cost meets the definition of a "response cost" or "remedial action cost" under CERCLA or MTCA, are issues to be tried in this case. By entering into this mutual stipulation of liability, the parties do not intend to waive any defenses they may have other than the elements set forth in this stipulation. The parties do not waive any rights they may have to seek contribution from each other or from any other liable parties, under CERCLA, 42 U.S.C. §9607(a) or §9613(f), or MTCA, RCW 70.105D.080.

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 25th day of May, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER ON LIABILITY UNDER CERCLA AND MTCA BETWEEN LEATHERCARE INC. AND TB TS/RELP LLC- 3
Case No. 2:15-cv-01901-TSZ

51608939.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

Presented by:

RYAN SWANSON & CLEVELAND, PLLC


*s/ Jo Flannery*
Jo Flannery
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Phone: 206-447-4400
Fax: : 206-447-9700
Email: flannery@ryanlaw.com
Attorneys for Defendants and Third Party Plaintiffs LeatherCare, Inc., Steven Ritt and Laurie Rosen-Ritt

FOSTER PEPPER PLLC


*/s/Ken Lederman*
*/s/Jeremy R. Larson*
*/s/Alexandra Gilliland*
Ken Lederman, WSBA #26515
Jeremy R. Larson, WSBA #22125
Alexandra Gilliland, WSBA #44163
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ken.lederman@foster.com
    jake.larson@foster.com
    alexandra.gillilland@foster.com
Attorneys for Defendants TOUCHSTONE SLU LLC, a Washington limited liability company, and TB TS/RELP LLC, a Washington limited liability company,

STIPULATION AND ORDER ON LIABILITY UNDER CERCLA AND MTCA BETWEEN LEATHERCARE INC. AND TB TS/RELP LLC- 4
Case No. 2:15-cv-01901-TSZ

51608939.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700