UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE TIMES COMPANY,

       Plaintiff,

v.

LEATHERCARE, INC., et al.,

       Defendants,

v.

TOUCHSTONE SLU LLC, et al.,

       Third-Party Defendants.

C15-1901 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion, docket no. 55, to strike the Rebuttal and Supplemental Report dated June 9, 2017, authored by defendants' expert Pamela J. Morrill, LG, LHG, and for sanctions is DENIED. The Court is satisfied that, except for the portions relying on information recently learned from Jack Ross, a former employee of non-party Troy Linen & Uniform Service, Inc. (aka Troy Laundry), Morrill's June 2017 report is in rebuttal to the opinions of plaintiff's and third-party defendants' experts. As Morrill makes clear in the preamble of Section 3, titled "General Responses and Opinions," such section offers "general opinions and responses to the Seattle Times' and Touchstone's expert opinions," and it is in rebuttal to "more than one or all of the Seattle Times' expert opinions and reports as they generally ignored, overstated, and/or understated important facts and issues in a similar manner." *See* Ex. 10 to Kray Decl. (docket no. 56-11 at 18). In contrast, Sections 4 through 9 of Morrill's June 2017 report each deal specifically with a particular expert's opinion. *See id.*

    (2)    Plaintiff's alternative motion, docket no. 55, for leave to file supplemental expert reports is GRANTED in part as follows. Supplemental reports relating to interviews or depositions of designated or potential fact witnesses that were conducted

MINUTE ORDER - 1

after April 12, 2017, shall be disclosed by August 9, 2017. Any rebuttal to such supplemental reports shall be disclosed by August 25, 2017. The dispositive motions filing deadline remains August 17, 2017, and the motions in limine filing deadline remains October 5, 2017. Plaintiff's alternative motion regarding supplemental expert reports is otherwise DENIED.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2