UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>                Plaintiff,<br>  v.<br><br>LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,<br><br>              Defendants/Third-Party Plaintiffs,<br>  v.<br><br>TOUCHSTONE SLU LLC; TB TS/RELP LLC; AMERICAN LINEN SUPPLY CO.; and DOES 1-20,<br><br>              Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court DENIES without prejudice the parties' stipulated motion to amend the case schedule, docket no. 69. The parties propose to extend the dispositive-motions filing deadline for three weeks without any adjustment to the trial date. Such extension would result in dispositive motions being noted less than one week before motions in limine are due and less than one month before the Pretrial Conference, which is from the Court's perspective unworkable.

    (2)    A telephonic scheduling conference is SET for Thursday, August 24, 2017, at 10:00 a.m. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk