UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>TOUCHSTONE SLU LLC; TB TS/RELP LLC; AMERICAN LINEN SUPPLY CO.; and DOES 1-20,<br><br>    Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report dated September 1, 2017, docket no. 77, the Court EXTENDS the mediation deadline to October 5, 2017.

(2) An in-court status conference is SET for October 12, 2017, at 10:00 a.m. Counsel shall be prepared to address all pending motions.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1