UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,<br><br>　　　　　Defendants/Third-Party Plaintiffs,<br><br>　　v.<br><br>TOUCHSTONE SLU LLC; TB TS/RELP LLC; and DOES 1-20,<br><br>　　　　　Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 100, plaintiff's jury demand is STRICKEN, and this matter is set for a bench trial. The pretrial order and trial briefs remain due on October 23, 2017. In lieu of proposed voir dire and proposed jury instructions, the parties shall submit proposed findings of fact and conclusions of law by October 23, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of October, 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1