# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SEATTLE TIMES COMPANY,

　　　　Plaintiff,

　　v.

LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,

　　　　Defendants/Third-Party Plaintiffs,

　　v.

TOUCHSTONE SLU LLC; TB TS/RELP LLC; and DOES 1-20,

　　　　Third-Party Defendants.

C15-1901 TSZ

MINUTE ORDER

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　Defendants' unopposed motion, docket no. 114, to redact the transcript of the hearing held on October 12, 2017, is GRANTED as follows:

　　　　(a)　The unredacted version of the transcript, docket no. 112, shall remain under seal; and

　　　　(b)　A redacted version of such transcript, omitting the portions designated by defendants (14:5-12 & 20-23; 16:14-16, 19-20, & 24; 26:10-25; and 27:4-5; *see* Exhibit A to defendants' motion), shall be filed on or after the date set for release of any restriction on such transcript.

MINUTE ORDER - 1

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Court Reporter Andrea Ramirez.

Dated this 14th day of December, 2017.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk