UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,<br><br>　　　　Defendants/Third-Party Plaintiffs,<br><br>　　v.<br><br>TOUCHSTONE SLU LLC; TB TS/RELP LLC; and DOES 1-20,<br><br>　　　　Third-Party Defendants. | 2:15-cv-01901-TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court OVERRULES defendants' objection and ADMITS for all purposes Exhibit No. 2 (Trial Ex. No. 199) to the deposition transcript of Lawrence Rowley, docket no. 145.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of February, 2018.

　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1