UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> TOUCHSTONE SLU LLC; and TB TS/RELP LLC, <br><br> Third-Party Defendants. | C15-1901 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Seattle Times Company's and Third-Party Defendants Touchstone SLU LLC's and TB TS/RELP LLC's Motion to Stay Deadline for Appeal, docket no. 272, is DENIED.

(2) The Court LIFTS the stay and orders that the deadline for Touchstone SLU LLC and TB TS/RELP LLC (collectively "Touchstone") to file a motion for attorney's fees is October 12, 2018.

MINUTE ORDER - 1

(3) The Court LIFTS the stay and orders that the deadline for Seattle Times Company ("Seattle Times") and/or LeatherCare, Inc. ("LeatherCare") to file any motion, regarding whether another party other than Touchstone can be a prevailing party under MTCA or whether either Seattle Times or LeatherCare is also a prevailing party and entitled to reasonable attorney's fees and costs against the other under MTCA, is October 12, 2018. Any such motion shall be noted for the third Friday after filing. The opening and response briefs shall not exceed twelve ("12") pages in length. Any reply shall not exceed six ("6") pages. The briefs shall not discuss the amount of attorney's fees or costs that might be claimed if either party was entitled to any recovery.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2