UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY, | |
| Plaintiff, | NO. 2:15-cv-01901-TSZ |
| v. | **ORDER** |
| LEATHERCARE, INC.; STEVEN RITT, an individual; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT, | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| TOUCHSTONE SLU LLC, a Washington limited liability company; and TB TS/RELP LLC, a Washington limited liability company, | |
| Third-Party Defendants. | |

LeatherCare, Inc.'s unopposed Motion for Stay of Execution of Judgment Pursuant to Federal Rule of Civil Procedure 62(b), docket no. 339, is GRANTED. Execution on the portion of the August 15, 2018, Judgment (docket no. 271) owed by LeatherCare, Inc. to the Seattle Times Company in the amount of $1,854,755.39 is hereby STAYED.

IT IS FURTHER ORDERED that LeatherCare, Inc. shall post a bond in the amount of $1,945,267.00, which shall not expire sooner than 24 months from the date of its issuance. Said bond shall be posted within 21 days of the date of this Order.

DATED this 24th day of May, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1

1919801.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC


By s/ Jo M. Flannery

    Jo M. Flannery, WSBA #26086
    Kristin Nealey Meier, WSBA #33562
    Attorneys for Defendants/Third Party Plaintiffs
    RYAN, SWANSON & CLEVELAND, PLLC
    1201 Third Avenue, Suite 3400
    Seattle, Washington  98101-3034
    Telephone: (206) 464-4224
    Facsimile: (206) 583-0359
    flannery@ryanlaw.com
    kmeier@ryanlaw.com

ORDER - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359