UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Defendant. | C13-1463 TSZ |
| SEATTLE TIMES COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>LEATHERCARE, INC.,<br><br>          Defendant,<br><br>     v.<br><br>TOUCHSTONE SLU LLU; and<br>TB TS/RELP LLC,<br><br>          Third-Party Defendants. | C15-1901 TSZ<br><br><br><br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The United States Court of Appeals for the Ninth Circuit having issued its mandate in Nos. 18-35773, 18-35966, 19-35056, 19-35068, 19-35252, and 19-35433, and the Judgment entered on August 15, 2018, in Case No. C15-1901, docket no. 271, and the Supplemental Judgment entered on April 17, 2019, in Case No. C15-1901, docket no. 337, having been affirmed, the Court hereby ORDERS as follows:

MINUTE ORDER - 1

(a) The request for an extension of time to tax costs made by Touchstone SLU LLC and TB TS/RELP LLC ("Touchstone"), in Case No. C15-1901, docket no. 281, which was stayed pending Touchstone's unsuccessful appeal from the Minute Order entered October 16, 2018, in Case No. C15-1901, docket no. 288, *see* Minute Order at ¶ 1(a) (C15-1901, docket no. 311), is DENIED.

(b) The parties in Case No. C15-1901 are DIRECTED to file a Joint Status Report within fourteen (14) days of the date of this Minute Order indicating why the stay of execution of the Judgment and Supplemental Judgment described above should not be lifted forthwith.

(c) The stay in Case No. C13-1463 is hereby LIFTED and the case is returned to the active docket. The parties have indicated that the briefing on motions for attorneys' fees relating to the appeal in C15-1901 was completed on November 9, 2020, and they are waiting for the Ninth Circuit to rule on those motions before engaging in mediation. *See* Joint Status Report (C13-1463, docket no. 196). The parties know the range of attorneys' fees at issue, and their proposal to provide another status report within 90 days after the Ninth Circuit rules on the pending motions is DENIED. Within fourteen (14) days of the date of this Minute Order, the parties shall file a Joint Status Report indicating when they will be prepared to proceed to trial in this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk
