UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>LEATHERCARE, INC.; STEVEN RITT; and the marital community composed of STEVEN RITT and LAURIE ROSEN-RITT,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>TOUCHSTONE SLU LLC; and TB TS/RELP LLC,<br><br>        Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 367, brought by Seattle Times Company to release Appeal (Supersedeas) Bond No. 52BSBIA4550, docket no. 354, is GRANTED, and both Seattle Times Company and the Hartford Fire Insurance Company are hereby released from any liability in connection with said bond.

Dated this 5th day of January, 2021.

                                                              William M. McCool
                                                              Clerk

                                                              s/Gail Glass
                                                               Deputy Clerk

MINUTE ORDER - 1